■ In the Matter of ATLANTIC STATES LEGAL FOUNDATION, INC., Appellant, v TOWN OF WEST MONROE et al., Respondents. [984 NYS2d 625]—Appeal from a judgment (denominated order) of the Supreme Court, Onondaga County (James P. Murphy, J.), entered July 2, 2013 in a CPLR article 78 proceeding. The judgment granted the motion of respondents to dismiss and dismissed the verified petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.

■ In the Matter of LUIS VILLEGAS, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [984 NYS2d 908]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered January 23, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Robles v Evans, 100 AD3d 1455, 1455 [2012]). Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.